**1116**

## O. O. FRANKLIN v. STATE.
### No. 15133.

Court of Criminal Appeals of Texas.

Dec. 14, 1932.

Mathis & Mathis and Berry & Berry, all of Houston, and Thompson & Barwise, of Fort Worth, for appellant.

Jesse E. Martin, Crim. Dist. Atty., Cecil Rotsch and Stanley Bransford, Asst. Crim. Dist. Attys., all of Fort Worth, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

The offense is bookmaking; penalty assessed at a fine of $200 and confinement in the county jail for a period of thirty days.

Upon the written and verified request of the appellant, the appeal is dismissed.

## Mrs. J. D. (Martha) JAMESON v. STATE.
### No. 15492.

Court of Criminal Appeals of Texas.

Jan. 4, 1933.

Howard Mays, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, misdemeanor theft; the punishment, confinement in the county jail for ninety days.

The record is before us without a statement of facts or bills of exception. No defect either in the information or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## T. H. LEWIS v. STATE.
### No. 15446.

Court of Criminal Appeals of Texas.

Dec. 7, 1932.

E. H. Talbert and David C. Brown, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Negligent homicide is the offense; penalty assessed at confinement in the county jail for six months, and a fine of $200.

The record is before this court without a statement of facts and bills of exception. No fault in the procedure has been perceived, nor called to the attention of the court.

The judgment is affirmed.

## Layton MOSLEY v. STATE.
### No. 15761.

Court of Criminal Appeals of Texas.

Dec. 21, 1932.

Earl M. Deterly, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be regular.

The judgment will be affirmed.